UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Case Number: 8:19-cv-02502-VMC-CPT

Christopher Chaleman,

     Plaintiff,

v.

Hunter Warfield, Inc.,

     Defendant.

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 2, 2020

            Respectfully submitted,

            By /s/ Matthew Fornaro

            Matthew Fornaro, Esq.
            Florida Bar No. 0650641
            Matthew Fornaro, P.A.
            11555 Heron Bay Boulevard, Suite 200
            Coral Springs, FL 33076
            Telephone: (954) 324-3651
            Facsimile: (954) 248-2099
            E-mail: mfornaro@fornarolegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 2, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Matthew Fornaro  

                                          Matthew Fornaro