UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Case Number: 8:19-cv-02502-VMC-CPT

Christopher Chaleman,

                Plaintiff,

v.

Hunter Warfield, Inc.,

                Defendant.

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)**

      Christopher Chaleman ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 14, 2020

                                              Respectfully submitted,

                                              By /s/ Matthew Fornaro

                                              Matthew Fornaro, Esq.
                                              Florida Bar No. 0650641
                                              Matthew Fornaro, P.A.
                                              11555 Heron Bay Boulevard, Suite 200
                                              Coral Springs, FL 33076
                                              Telephone: (954) 324-3651
                                              Facsimile: (954) 248-2099
                                              E-mail: mfornaro@fornarolegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2020, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Matthew Fornaro

                                              Matthew Fornaro